**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

NORTHERN _____ District of TEXAS _____
(State)

Case number (*If known*): _____ Chapter 11

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

1. **Debtor's name**

   GVS TEXAS HOLDINGS I, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)

   8  1  _  3  7  3  7  4  5  8

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | 814 Lavaca Street | |
   | Number   Street | Number   Street |
   | | P.O. Box |
   | Austin   TX   78701 | |
   | City   State   ZIP Code | City   State   ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | TRAVIS | See attached |
   | County | Number   Street |
   | | |
   | | City   State   ZIP Code |

5. **Debtor's website** (URL)

| Debtor | GVS TEXAS HOLDINGS I, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**6.  Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

5   3   1   1

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor   GVS TEXAS HOLDINGS I, LLC                          Case number *(if known)* _____
_____
Name

| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ☒ No | | | |
|---|---|---|---|---|---|
| | If more than 2 cases, attach a separate list. | ☐ Yes. | District _____ | When _____ MM / DD / YYYY | Case number _____ |
| | | | District _____ | When _____ MM / DD / YYYY | Case number _____ |

| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☐ No | | |
|---|---|---|---|---|
| | List all cases. If more than 1, attach a separate list. | ☒ Yes. | Debtor   See attached _____ | Relationship _____ |
| | | | District _____ | When _____ MM / DD / YYYY |
| | | | Case number, if known _____ | |

11. **Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number        Street

_____
City                                    State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

Debtor    GVS TEXAS HOLDINGS I, LLC            Case number *(if known)*_____

Name

---

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☒ $100,000,001-$500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☒ $100,000,001-$500 million | ☐ More than $50 billion |

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   06/17/2021
          MM / DD / YYYY

✘ /s/ Robert D. Albergotti          Robert D. Albergotti

Signature of authorized representative of debtor          Printed name

Title   Authorized Party

---

Debtor     GVS TEXAS HOLDINGS I, LLC             Case number *(if known)*_____
       Name

---

**18. Signature of attorney**    ✘   /s/ Thomas R. Califano      Date    06/17/2021
                Signature of attorney for debtor            MM / DD / YYYY

          Thomas R. Califano
          Printed name
          Sidley Austin LLP
          Firm name
            787 Seventh Avenue
          Number      Street
          New York                     NY       10019
          City                          State     ZIP Code

          (212) 839-5300                  tom.califano@sidley.com
          Contact phone                      Email address

          10369867                      TX
          Bar number                      State

---

## LIST OF FILING ENTITIES

| Debtor | Relationship | District | Date |
|---|---|---|---|
| GVS Portfolio I, LLC | Parent | Northern District of Texas | 06/17/2021 |
| GVS Texas Holdings II, LLC | Subsidiary | Northern District of Texas | 06/17/2021 |
| GVS Portfolio I B, LLC | Parent | Northern District of Texas | 06/17/2021 |
| WC Mississippi Storage Portfolio I, LLC | Subsidiary | Northern District of Texas | 06/17/2021 |
| GVS Nevada Holdings I, LLC | Subsidiary | Northern District of Texas | 06/17/2021 |
| GVS Ohio Holdings I, LLC | Subsidiary | Northern District of Texas | 06/17/2021 |
| GVS Missouri Holdings I, LLC | Subsidiary | Northern District of Texas | 06/17/2021 |
| GVS New York Holdings I, LLC | Subsidiary | Northern District of Texas | 06/17/2021 |
| GVS Indiana Holdings I, LLC | Subsidiary | Northern District of Texas | 06/17/2021 |
| GVS Tennessee Holdings I, LLC | Subsidiary | Northern District of Texas | 06/17/2021 |
| GVS Ohio Holdings II, LLC | Subsidiary | Northern District of Texas | 06/17/2021 |
| GVS Illinois Holdings I, LLC | Subsidiary | Northern District of Texas | 06/17/2021 |
| GVS Colorado Holdings I, LLC | Subsidiary | Northern District of Texas | 06/17/2021 |

## LIST OF REAL PROPERTY

**GVS Texas Holdings I, LLC: Location of Principal Assets, if different from principal place of business**:

- 13825 FM 306, Canyon Lake TX 78133
- 16905 Indian Chief Drive, Cedar Park, TX 78613
- 7116 S IH 35 Frontage Rd, Austin, TX 78745
- 2407 S 183, Austin, TX 78744
- 1151 E Expressway 83 San Benito TX 78586
- 613 North Fwy, Houston, Texas 77090
- 3412 Garth Rd Baytown, Texas 77521
- 11702 Beechnut Street Houston Texas 77072
- 10601 West Fairmont Parkway, La Porte, Texas 77571
- 4806 Marie Lane, Deer Park, TX 77536
- 8320 Alabonson Rd, Houston, TX 77088
- 5811 North Houston Rosslyn Road, Houston, TX 77091
- 632 Timkin Road, Tomball, TX 77375
- 16530 W. Hardy St, Houston, TX 77060
- 4641 Production Drive, Dallas, TX 75235
- 2502 Bay Street, Texas City, TX 77590
- 1910 25th Ave N, Texas City, TX 77590

EXECUTION VERSION

**UNANIMOUS WRITTEN CONSENT
OF
APPROVING PARTIES
OF
GVS TEXAS HOLDINGS I, LLC**

_____

**June 16, 2021**

    **THE UNDERSIGNED**, being (1) certain of the members of the Board of Directors (the "**Board**") of GVS Texas Holdings I, LLC, a Delaware limited liability company (the "**Company**"), and (2) the sole member of the Company (the "**Member**," and together with the Board, the "**Approving Parties**") acting in lieu of a meeting by written consent pursuant to the Delaware Limited Liability Company Act, and in accordance with Sections 5(b) and 9(d) of the Amended and Restated Limited Liability Company Agreement, hereby waive all notice of the time, place, and purpose of a meeting and consent to, approve, and adopt the recitals and resolutions set forth in Exhibit A hereto and each and every action effected thereby with the same force and effect as if they had been adopted at a duly convened meeting.  Any signature page delivered via electronic mail shall be binding to the same extent as an original signature page.

*[Signature Page Follows]*

**IN WITNESS WHEREOF**, the undersigned, being certain of the members of the Board, hereby consent to the foregoing resolutions effective as of the date first written above.

By: _____
Name: Natin Paul
Title: Director

By: _____
Name: Natin Paul
Title: Director

**IN WITNESS WHEREOF**, the undersigned, being certain of the members of the Board, hereby consent to the foregoing resolutions effective as of the date first written above.

By: *Robert D. Albergotti*
Name: Robert D. Albergotti
Title: Director

**IN WITNESS WHEREOF**, the undersigned being the sole Member hereby consent to the foregoing resolutions effective as of the date first written above.

GVS PORTFOLIO I, LLC,
A Delaware limited liability company

By: _____
Name: Natin Paul
Title: President

## EXHIBIT A

## RESOLUTIONS

1.    Chapter 11 Filing

**WHEREAS**, each of (1) certain of the members of the Board of Directors (the "**Board**") of GVS Texas Holdings I, LLC, a Delaware limited liability company (the "**Company**"), and (2) the sole member of the Company (the "**Member**," and together with the Board, the "**Approving Parties**") have considered the advice and materials provided by (x) the Company's management ("**Management**") on behalf of the Company and (y) the legal and financial advisors to the Company (collectively, the "**Advisors**") regarding the liabilities, liquidity situation, and prospects of the Company and the potential effects of the foregoing on the Company's business; and

**WHEREAS**, in light of the advice and materials provided by Management and the Advisors, the Approving Parties have determined that it is desirable and in the best interests of the Company, its creditors, and other interested parties for the Company to file a voluntary petition (the "**Petition**") for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Northern District of Texas (the "**Bankruptcy Court**").

**NOW THEREFORE, IT IS HEREBY RESOLVED**, that the Company shall be, and hereby is, authorized and directed to: (1) file the Petition for relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court, and (2) perform any and all such acts as are reasonable, advisable, expedient, convenient, proper, or necessary to effect the foregoing.

\*    \*    \*    \*

## UNANIMOUS WRITTEN CONSENT OF THE INDEPENDENT DIRECTORS
## OF GVS TEXAS HOLDINGS I, LLC

June 15, 2021

Pursuant to and in accordance with Section 18-404 of the Delaware Limited Liability Company Act (the *"Act")* and Section 9 of the Limited Liability Company Agreement of GVS TEXAS HOLDINGS I, LLC (the *"Company")*, as amended and restated (the *"Operating Agreement")*[1], the undersigned, constituting all the Independent Directors (the "*Independent Directors*„) of the Company, hereby take action, without holding a meeting, providing notice, or taking a vote, and consent to the adoption of the following resolutions as of the date first written above:

**WHEREAS,** Section 9 of the Operating Agreement provides that the prior unanimous written consent of the Member and the Board (including Independent Directors) is necessary to take any Material Action; and

**WHEREAS,** the term "Material Action„ is defined in the Operating Agreement as including filing for bankruptcy protection; and

**WHEREAS,** it is deemed desirable and in the best interest of the Company, its creditors, its equity holders, and other interested parties, that a petition (the *"Petition")* be filed seeking relief under the provisions of Chapter 11 of Title 11, United States Code (the *"Bankruptcy Code")* in which the authority to operate as a debtor-in-possession will be sought.

**NOW THEREFORE, IT IS HEREBY RESOLVED,** that the Independent Directors hereby consent to the Company filing (or causing to be filed) the Petition in the name of the Company under Chapter 11 of the Bankruptcy Code and cause the same to be filed in the United States Bankruptcy Court for the Northern District of Texas.

**RESOLVED,** that the Independent Directors agree to later deliver an original counterpart to Company upon request.

## [SIGNATURE(S) ON FOLLOWING PAGE]

---

[1] All capitalized terms used herein and not otherwise defined shall have the same meaning as ascribed to them in the Operating Agreement.

**IN WITNESS WHEREOF,** the undersigned have executed this Consent, effective as of the date first written above.

**INDEPENDENT DIRECTOR:**

By: _____
   Name: Colleen De Vries

**INDEPENDENT DIRECTOR:**

By: _____
   Name: Richard Arthur

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| GVS TEXAS HOLDINGS I, LLC | Case No. [_____] |
| Debtor. | **(Joint Administration Requested)** |

## <u>CORPORATE OWNERSHIP STATEMENT</u>

Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following list identifies all corporations, other than a governmental unit, which directly or indirectly own 10% or more of any class of equity interests in the above-captioned debtor and debtor in possession:

| Direct Owner | Indirect Owners |
|:---:|:---:|
| GVS Portfolio I, LLC | GVS Portfolio I B, LLC<br>GVS Portfolio I C, LLC |

**Fill in this information to identify the case and this filing:**

Debtor Name __GVS Texas Holdings I, LLC__

United States Bankruptcy Court for the: __Northern__ District of __Texas__
                                                                    (State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration __List of Equity Security Holders__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __06/17/2021__        ✖ __/s/ Robert D. Albergotti__
              MM / DD / YYYY            Signature of individual signing on behalf of debtor

                                       __Robert D. Albergotti__
                                       Printed name

                                       __Authorized Party__
                                       Position or relationship to debtor

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| GVS TEXAS HOLDINGS I, LLC | Case No. [_____] |
| Debtor. | **(Joint Administration Requested)** |

## LIST OF EQUITY SECURITY HOLDERS

Pursuant to rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, the following is

a list of holders of equity securities of the above-captioned debtor and debtor in possession:

| Name and Last Known Address or Place of Business of Holder | Kind of Interest | Percentage of Interest |
|---|---|---|
| GVS Portfolio I, LLC 814 Lavaca St. Austin, TX 78701 | Membership | 100% |

**Fill in this information to identify the case and this filing:**

Debtor Name _GVS Texas Holdings I, LLC_

United States Bankruptcy Court for the: _Northern_ District of _Texas_
(State)

Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration _Corporate Ownership Statement_

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _06/17/2021_                   ✗ _/s/ Robert D. Albergotti_
MM / DD / YYYY                                Signature of individual signing on behalf of debtor

                                            Robert D. Albergotti
                                            Printed name

                                            Authorized Party
                                            Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  GVS Texas Holdings I, LLC, et al.

United States Bankruptcy Court for the: Northern _____ District of Texas
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Ohio Department of Taxation | PO Box 181140, Columbus, OH 43218-1140 | Sales taxes | Disputed | | | $1,291,629 |
| 2 | Cupertino Builders, LLC | 1159 Sonora Ct, Suite 202, Sunyvale, CA 94086 | Trade | | | | $432,754.18 |
| 3 | Vision Builders | 8130 State Highway 150 West, Coldspring, TX 77331 | Trade | Disputed, Contingent | | | $287,975.84 |
| 4 | AllPro | 124 E. Bandera, Suite 204, Boerne, TX 78006 | Trade | Contingent | | | $190,238.21 |
| 5 | West Texas Stone Solutions | 5206 Orsini Blfs, Round Rock, TX 78665 | Trade | | | | $186,543.19 |
| 6 | Alliance Tax Advisors | 433 E. Las Colinas Blvd, Suite 300, Irving, TX 75039 | Professional Services | | | | $136,328.53 |
| 7 | Siegel Jennings Co., L.P.A. | 23425 Commerce Park Dr, Suite 103, Cleveland, OH 44122 | Professional Services | | | | $132,530.37 |
| 8 | SpareFoot | 720 Brazos Street, Suite 300, Austin TX 78701 | Trade | | | | $55,793.60 |

Debtor ___GVS Texas Holdings I, LLC, et al._____
         Name

Case number _(if known)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | City of Houston Utility Bill - Water - 1560 | PO Box 1560, Houston, TX 77251 | Utilities | | | | $43,701.89 |
| 10 | WASTE-MANAGERS, LLC | PO Box 847, Corning, CA 96021 | Utilities | | | | $35,065.33 |
| 11 | Holland Roofing Inc. | 7450 Industrial Road, Florence, KY 41042 | Trade | | | | $30,430.21 |
| 12 | Mississippi Power | PO Box 245, Birmingham, AL 35201-0245 | Utilities | | | | $26,375.07 |
| 13 | Pedernales Electric Cooperative -PEC | PO Box 1, Johnson City, TX 78636 | Utilities | | | | $24,691.02 |
| 14 | Penco Access Control LLC | 4067 Hollister Street, Houston, TX 77080 | Trade | | | | $21,259.31 |
| 15 | Sibrian Landscaping | 5300 DeSoto Drive, Apt. 329, Houston, TX 77091 | Trade | | | | $19,978 |
| 16 | Brookstone Construction Group LLC | 521 Sage Run Dr., Lebanon, OH 45036 | Trade | Disputed | | | $16,133.75 |
| 17 | Southern Pine Electric Power Association | PO Box 60, Taylorsville, MS 39168-0060 | Utilties | | | | $15,979.21 |
| 18 | SiteLink | P.O. Box 19744, Raleigh, NC 27619 | Trade | | | | $14,798.62 |
| 19 | City of Dallas Water Utilities | City Hall, 2D South, Dallas, TX 75277 | Utilities | | | | $14,274.60 |
| 20 | SAGE Storage Insurance Servicing | 121 Broadway, Suite 574, San Diego, CA 92101 | Insurance | | | | $14,149.99 |

| Debtor | GVS Texas Holdings I, LLC, et al. | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 21 Bottini Fuel | PO Box 1640, Wappingers Falls, NY 12590-8640 | Trade | | | | $13,953.22 |
| 22 Cardinal Landscaping | 1192 S. Nixon Camp Rd., Oregonia, OH 45054 | Trade | Disputed | | | $12,581.09 |
| 23 HD Supply Facilities Maintenance Ltd | PO Box 509058, San Diego, CA 92150-9058 | Trade | | | | $12,118.43 |
| 24 Prosperity Construction LLC | 100 Calumet Gardens, Ste 103, Madison, MS 39110 | Trade | | | | $11,548.14 |
| 25 Ameren Illinois | PO Box 88034, Chicago, IL 60680-1034 | Utilities | | | | $11,330.12 |
| 26 Youngstown Fence Inc. | 235 E. Indianola Avenue, Youngstown, OH 44507 | Trade | | | | $10,110.31 |
| 27 RMM Houston, LLC | 7450 Industrial Road, Florence, KY 41042 | Trade | | | | $9,680 |
| 28 A&A Landscaping and Plowing, Inc | 27 Delano St, Poughkeepsie, NY 12601 | Trade | | | | $9,600 |
| 29 Constellation NewEnergy, Inc | P.O. Box 4640, Carol Stream, IL 60197-4640 | Utilities | | | | $9,508.03 |
| 30 All-Star Garage Door Services | P.O. Box 1864, Olive Branch, MS 38654 | Trade | | | | $9,505 |
| | | | | | | |
| | | | | | | |

**Fill in this information to identify the case and this filing:**

Debtor Name  GVS Texas Holdings I, LLC

United States Bankruptcy Court for the:  Northern                    District of  Texas
                                                                                        (State)

Case number (*If known*):  _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                      12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐  *Schedule H: Codebtors* (Official Form 206H)

☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule ____*

☑  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Consolidated)

☐  Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/17/2021                  ✗  /s/ Robert D. Albergotti
              MM / DD / YYYY                  Signature of individual signing on behalf of debtor

                                              Robert D. Albergotti
                                              Printed name

                                              Authorized Party
                                              Position or relationship to debtor