**EXHIBIT A**

**PROPOSED ORDER**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>GVS TEXAS HOLDINGS I, LLC, *et al.* [1]<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 21-31121-MVL<br><br>**(Joint Administration Requested)** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: GVS Texas Holdings I, LLC (7458); GVS Portfolio I B, LLC (7171); GVS Portfolio I, LLC (6441); WC Mississippi Storage Portfolio I, LLC (0423); GVS Nevada Holdings I, LLC (4849); GVS Ohio Holdings I, LLC (6449); GVS Missouri Holdings I, LLC (5452); GVS New York Holdings I, LLC (5858); GVS Indiana Holdings I, LLC (3929); GVS Tennessee Holdings I, LLC (5909); GVS Texas Holdings II, LLC (1225); GVS Ohio Holdings II, LLC (2376); GVS Illinois Holdings I, LLC (9944); and GVS Colorado Holdings I, LLC (0408). The location of the Debtors' service address is: 814 Lavaca Street, Austin, Texas 78701.

**ORDER EXTENDING THE TIME TO FILE (I) SCHEDULES OF ASSETS AND LIABILITIES, (II) SCHEDULES OF CURRENT INCOME AND EXPENDITURES, (III) SCHEDULES OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (IV) STATEMENTS OF FINANCIAL AFFAIRS**

Upon the motion (the "Motion"),[2] of GVS Texas Holdings I, LLC ("GVS Texas") and its affiliated debtors and debtors-in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), for entry of an order extending the deadline by which the Debtors must file their: (i) schedules of assets and liabilities, (ii) schedules of current income and expenditures, (iii) schedules of executory contracts and unexpired leases, and (iv) statements of financial affairs (collectively, the "Schedules and Statements") by 20 days, for a total of 34 days from the commencement of these chapter 11 cases, through and including July 21, 2021, without prejudice to the Debtors' ability to request additional extensions, for cause shown, all as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue is allowed before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted as set forth herein.

---

[2] All capitalized terms used, but not otherwise defined, herein shall have the meanings ascribed to such terms in the Motion.

2. The time by which the Debtors shall file their Schedules and Statements is extended through and including July 21, 2021, pursuant to section 521 of the Bankruptcy Code and Bankruptcy Rules 1007(c) and 9006.

3. Such extension is without prejudice to the Debtors' right to request a further extension.

4. All time periods set forth in this order shall be calculated in accordance with Bankruptcy Rule 9006(a).

5. The Debtors are authorized to take all steps necessary or appropriate to carry out this order.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this order.

# # # End of Order # # #