Michael S. Held
State Bar No. 9388150
Jennifer F. Wertz
State Bar No. 24072822
J. Machir Stull
State Bar No. 24070697
Vienna F. Anaya
State Bar No. 24091225
Jackson Walker LLP
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
(214) 953-6000 – Telephone
(214) 953-5822 – Facsimile

*Counsel for RREF III Storage LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| GVS TEXAS HOLDINGS I, LLC | § | CASE NO. 21-31121 (SGJ11) |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF NOTICES AND PLEADINGS**

PLEASE TAKE NOTICE that the undersigned hereby appears as on behalf of RREF III Storage LLC, party in interest herein, and pursuant to 11 U.S.C. § 342 and Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, hereby requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be served upon RREF III Storage LLC by and through:

Michael S. Held
Jennifer F. Wertz
J. Machir Stull
Vienna F. Anaya
Jackson Walker LLP
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
(214) 953-6000 (telephone)
(214) 953-5822 (facsimile)
mheld@jw.com
jwertz@jw.com
mstull@jw.com
vanaya@jw.com

- and –

Theresa A. Foudy
James M. Peck
Mark A. Lighter
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019-9601
(212) 336-4400 (telephone)

tfoudy@mofo.com
jpeck@mofo.com
mlighter@mofo.com

PLEASE TAKE FURTHER notice that the foregoing demand includes not only notices and pleadings, but also includes, without limitation, notices of any pleadings, complaints, demands, hearings, motions, petitions, pleadings or requests, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed with regard to the above case.

Dated:  June 21, 2021

/s/ *Jennifer F. Wertz*

| **JACKSON WALKER LLP** | **MORRISON & FOERSTER LLP** |
|---|---|
| Michael S. Held (TX Bar No. 09388150) | Theresa A. Foundy (*pro hac vice* pending) |
| Jennifer F. Wertz (TX Bar No. 24072822) | James Michael Peck (*pro hac vice* pending) |
| J. Machir Stull (TX Bar No. 24070697) | Mark Alexander Lightner (*pro hac vice* pending) |
| Vienna F. Anaya (TX Bar No. 24091225) | 250 West 55th Street |
| 2323 Ross Avenue, Suite 600 | New York, NY 10019-9601 |
| Dallas, TX 75201 | Telephone: (212) 468-8000 |
| Telephone: (214) 953-6000 | Facsimile: (212) 468-7900 |
| Facsimile: (214) 953-5822 | Email: tfoudy@mofo.com |
| Email: mheld@jw.com | Email: jpeck@mofo.com |
| Email: jwertz@jw.com | Email: mlightner@mofo.com |
| Email: mstull@jw.com | |
| Email: vanaya@jw.com | |
| | |
| *Counsel for RREF III Storage LLC* | *Counsel for RREF III Storage LLC* |

## CERTIFICATE OF SERVICE

      I hereby certify that on the 21st day of June 2021 a true and correct copy of the foregoing was served electronically on all persons via the Court's CM/ECF system.

                                            /s/ *Jennifer F. Wertz*
                                            Jennifer F. Wertz

29323777v.1