**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: § | |
| § | Chapter 11 |
| GVS TEXAS HOLDINGS I, LLC, § | |
| § | Case No. 21-31121-sgj |
| Debtor. § | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL
NOTICES, PLEADINGS, ORDERS AND OTHER PAPERS**

PLEASE TAKE NOTICE that the undersigned counsel and the law firm of Munsch Hardt Kopf & Harr, P.C. hereby appear on behalf of ESS-GV Holdings LLC ("ESS"), a creditor and party-in-interest in the referenced case (the "Bankruptcy Case") of the above-captioned debtor and, pursuant to 11 U.S.C. § 1109(b) and Rules 2002, 3017, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, request that all notices given or required to be given in the Bankruptcy Case, and all papers served or required to be served in the Bankruptcy Case, be served upon:

Kevin M. Lippman, Esq.
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
Email: klippman@munsch.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, motions, applications, complaints, demands, notices of motions, notices of applications, notices of hearing, petitions, objections, claims, and all other pleadings or requests, whether formal or

informal, whether written or oral, and whether transmitted or conveyed by mail, other commercial carrier, hand-delivery, facsimile, telegraph, telex, e-mail, telephone or otherwise.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance shall not be deemed or construed as ESS's: (a) waiver of the right to have final orders in non-core matters entered only after de novo review by the United States District Court; (b) waiver of the right to trial by jury in any proceeding to which such right exists in the Bankruptcy Case or in any case, controversy, or proceeding related to the Bankruptcy Case; (c) waiver of the right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (d) waiver of the right to contest jurisdiction or appropriate venue in any related proceeding; or (e) waiver of any other rights, claims, actions, defenses, setoffs or recoupments which ESS has or may hereafter obtain, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments ESS hereby expressly reserves.

Dated: June 22, 2021

**MUNSCH HARDT KOPF & HARR, P.C.**
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
Email: klippman@munsch.com

By: /s/ Kevin M. Lippman
  Kevin M. Lippman
  Texas Bar No. 00784479

COUNSEL FOR ESS-GV HOLDINGS LLC

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on the 22nd day of June, 2021, he caused a true and correct copy of the foregoing Notice of Appearance to be served electronically on those parties requesting electronic service through the Court's ECF system.

                                                /s/ Kevin M. Lippman
                                                Kevin M. Lippman