IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTH DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In Re: | § | CASE NO. 21-31121-sgj |
| | § | |
| GVS TEXAS HOLDINGS I, LLC | § | |
| | § | CHAPTER 11 |
| | § | |
| DEBTORS | § | |

### TRAVIS COUNTY'S NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICE AND OTHER DOCUMENTS

Notice is hereby given that Jason A. Starks, Assistant Travis County Attorney, will appear as counsel for Travis County in the above-entitled case and requests that service of notices and other documents be made upon this attorney of record.

Respectfully submitted,

DELIA GARZA
Travis County Attorney
P.O. Box 1748
Austin, TX  78767
(512) 854-9092 Telephone
(512) 854-9316 Telecopier

By:  /s/ Jason A. Starks
**JASON A. STARKS**
Assistant County Attorney
Texas Bar No. 24046903
Jason.Starks@traviscountytx.gov

952614-1

## CERTIFICATE OF SERVICE

I, Jason A. Starks, Assistant County Attorney, hereby certify that a true and correct copy of **Travis County's Notice of Appearance and Request for Service of Notice and Other Documents** has been sent to all interested parties registered for electronic service with the U. S. Bankruptcy Clerk's Office on or about the time this document was electronically filed with the Clerk on this 30th day of **June, 2021** and mailed by United States First Class Mail to any party listed below that is not registered.

*/s/ Jason A. Starks*
JASON A. STARKS

**DEBTORS**
GVS Texas Holdings I, LLC
814 Lavaca Street
Austin, TX 78701
(served via U.S First Class Mail)

**DEBTOR'S ATTORNEYS**
Charles Martin Persons, Jr.
2020 McKinney Avenue, Ste. 2000
Dallas, TX 75210
(served electronically)

**TRUSTEE**
U.S. Trustee
1100 Commerce Street, Room 976
Dallas, TX 75202
(served electronically)

952614-1