**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| IN RE: | ) |
| | ) |
| GVS TEXAS HOLDINGS I, LLC, | ) Case No. 21-31121-MVL-11 |
| | ) Chapter 11 |
| | ) |
| Debtor(s) | ) |

**ENTRY OF APPEARANCE AND REQUEST FOR PLEADINGS,**
**NOTICES AND DOCUMENTS**

The Missouri Department of Revenue enters its appearance as a creditor of the captioned Debtor(s).  This creditor requests service of all pleadings, notices and documents for which a request is required by the Bankruptcy Code and Rules.

All pleadings, notices and documents should preferably be served by e-mail at bankruptcy@dor.mo.gov or at the following address:  Missouri Department of Revenue, Bankruptcy Unit, Attn:  Zach DeJoode, P.O. Box 475, Jefferson City, MO  65105-0475.

**This pleading constitutes a written and specific request for the disclosure statement and plan.**

        Eric Schmitt, Attorney General
        State of Missouri

        **/s/   Zach DeJoode**
        Zach DeJoode, Mo. Bar #72765
        Special Assistant Attorney General
        Missouri Department of Revenue
        General Counsel's Office
        301 W. High Street, Room 670
        P.O. Box 475
        Jefferson City, MO  65105-0475
        (573) 751-5531   FAX (573) 751-7232
        E-Mail:  bankruptcy@dor.mo.gov
        Attorney for Department of Revenue

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Entry of Appearance and Request for Notices, Pleadings, and Documents were filed electronically and served upon all those who receive electronic notification on July 13, 2021.

**/s/   Zach DeJoode**