Joseph M. Coleman (SBN 04566100)
John J. Kane (SBN 24066794)
**KANE RUSSELL COLEMAN LOGAN PC**
Bank of America Plaza
901 Main Street, Suite 5200
Dallas, Texas 75202
t: 214.777.4200
f: 214.777.4299
**LOCAL COUNSEL**

Gregory A. Cross (MD No. 8712010134) (admitted *pro hac vice*)
Laura S. Bouyea (MD No. 0312170254) (admitted *pro hac vice*)
Frederick W. H. Carter (Texas Bar No. 3914600)
**VENABLE LLP**
750 East Pratt Street, Suite 900
Baltimore, MD 21202
t: 410.244.7400
f: 410.244.7742

**COUNSEL FOR WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE BENEFIT OF THE REGISTERED HOLDERS OF UBS COMMERCIAL MORTGAGE TRUST 2019-C16 COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2019-C16 IN ITS CAPACITY AS A-2-1 NOTEHOLDER AND LEAD SECURITIZATION NOTEHOLDER ON BEHALF OF THE RELATED COMPANION NOTEHOLDERS WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE BENEFIT OF THE REGISTERED HOLDERS OF UBS COMMERCIAL MORTGAGE TRUST 2018-C15 COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2018-C15 AND WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE BENEFIT OF WELLS FARGO COMMERCIAL MORTGAGE TRUST 2019-C50 COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2019-C50, BY AND THROUGH MIDLAND LOAN SERVICES, A DIVISION OF PNC BANK, N.A. AS SPECIAL SERVICER FOR THE LEAD SECURITIZATION NOTEHOLDER**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **GVS TEXAS HOLDINGS I, LLC,** *et al.*,[1] | § | Case No. 21-31121-MVL |
| | § | |
| Debtors. | § | (Jointly Administered) |

## NOTICE OF APPEARANCE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: GVS Texas Holdings I, LLC (7458); GVS Portfolio I B, LLC (7171); GVS Portfolio I, LLC (6441); WC Mississippi Storage Portfolio I, LLC (0423); GVS Nevada Holdings I, LLC (4849); GVS Ohio Holdings I, LLC (6449); GVS Missouri Holdings I, LLC (5452); GVS New York Holdings I, LLC (5858); GVS Indiana Holdings I, LLC (3929); GVS Tennessee Holdings I, LLC (5909); GVS Texas Holdings II, LLC (1225); GVS Ohio Holdings II, LLC (2376); GVS Illinois Holdings I, LLC (9944); and GVS Colorado Holdings I, LLC (0408). The location of the Debtors' service address is: 814 Lavaca Street, Austin, Texas 78701.

Please take notice that Joseph M. Coleman, John J. Kane with the law firm of Kane Russell Coleman Logan PC, hereby enters his appearance as counsel of record in the above-captioned jointly administered bankruptcy case Wells Fargo Bank, National Association, as Trustee, for the benefit of the Registered Holders of UBS Commercial Mortgage Trust 2019-C16 Commercial Mortgage Pass-Through Certificates, Series 2019-C16 in its capacity as A-2-1 Noteholder and Lead Securitization Noteholder on behalf of the related companion noteholders Wells Fargo Bank, National Association, as Trustee, for the benefit of the Registered Holders of UBS Commercial Mortgage Trust 2018-C15 Commercial Mortgage Pass-Through Certificates, Series 2018-C15 and Wilmington Trust, National Association, as Trustee, for the benefit of Wells Fargo Commercial Mortgage Trust 2019-C50 Commercial Mortgage Pass-Through Certificates, Series 2019-C50, by and through Midland Loan Services, a division of PNC Bank, N.A. as special servicer for the Lead Securitization Noteholder (collectively, the "**Trust**"), and hereby requests that all notices given or required to be given in this case and any cases consolidated herewith, and all papers served or required to be served in this case and any cases consolidated herewith, be given to and served upon:

> Joseph M. Coleman
> John J. Kane
> KANE RUSSELL COLEMAN LOGAN PC
> 901 Main Street, Suite 5200
> Dallas, Texas 75202
> E-mail: jcoleman@krcl.com
> E-mail: jkane@krcl.com

This request encompasses all notices, copies, and pleadings contemplated or referred to in Title 11 of the United States Code, and the Bankruptcy Rules, including without limitation copies of any order, motions, demands, complaints, petitions, notices, pleadings or requests, applications and any other documents filed with or brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affects or seeks to affect the above case or affects or seeks to affect the Trusts.

Please take notice that the undersigned intends that neither this notice nor any later appearance, pleading, claim, or suit shall waive (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Court; (ii) the right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Trusts are or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the Trusts expressly reserve.

Dated: July 20, 2021

Respectfully submitted,

**KANE RUSSELL COLEMAN LOGAN PC**

By: */s/ Joseph M. Coleman*
    **Joseph M. Coleman**
    State Bar No. 04566100
    **John J. Kane**
    State Bar No. 24066794

Bank of America Plaza
901 Main Street, Suite 5200
Dallas, Texas 75202
Telephone: (214) 777-4200
Telecopier: (214) 777-4299
E-mail: jcoleman@krcl.com
E-mail: jkane@krcl.com

**LOCAL COUNSEL FOR TRUSTS**

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 20, 2021, true and correct copies of the foregoing Notice were forwarded to all parties receiving electronic notification in this case from the Court's electronic case filing (ECF) system.

                                          */s/Joseph M. Coleman*
                                            Joseph M. Coleman