## EXHIBIT B

## ORGANIZATIONAL CHART

# Organizational Chart



12 Senior Mortgage Borrowers: $110mm outstanding; 64 properties are owned across the 12 propcos

Note: Location of World Class Capital Group, LLC in Company org chart subject to change
Source: Company provided org chart, cash management agreement, cash management amendment, CMBS credit agreement

HOULIHAN LOKEY | 2