## EXHIBIT C

## LIQUIDATION ANALYSIS

# Illustrative Impact of Hypothetical Chapter 7 Liquidation

($ in millions)

| | |
|---|---:|
| **Residual Value** | **$39.65** |

**Illustrative Impact of Hypothetical Chapter 7 Liquidation:**

Deduct:[1]

| | |
|---|---:|
| (- ) Transition Premium | ($20.00) |
| (- ) Ch 7 Trustee Fees (3% per §326) | (12.90) |
| (- ) Transfer Taxes (2%) | (8.60) |
| (- ) Add'l Professional Fees (2% estimate) | (8.60) |
| (- ) Add'l Customer and Other Claims (1% estimate) | (4.30) |
| **Total Ch 7 Deducts** | **($54.40)** |
| **Illustrative Ch 7 Net Residual Value** | **($14.75)** |

| Recast Recoveries: | Est. $ Claim | Est. $ Recovery | % |
|---|---:|---:|---:|
| Mezz 2 - RREF | $124.61 | $110.70 | 88.8% |
| Est. GVS Portfolio I B Admin & Priority Claims | 0.03 | 0.03 | 88.8% |
| Est. GVS Portfolio I B GUCs | 0.55 | -- | 0.0% |
| Great Value Storage, LLC | 0.30 | -- | 0.0% |

(1) Fees based on Illustrative Cash Consideration (see Niemann Demonstrative #6) less Transition Premium

HOULIHAN LOKEY