SIDLEY AUSTIN LLP
Thomas R. Califano (10369867)
Charles M. Persons (24060413)
Jeri Leigh Miller (24102176)
Maegan Quejada (24105999)
Juliana L. Hoffman (24106103)
2021 McKinney Ave
Suite 2000
Dallas, Texas 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400

*Counsel for the Debtors and
Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| GVS TEXAS HOLDINGS I, LLC, *et al.*[1] | Case No. 21-31121-MVL |
| Debtors. | **(Jointly Administered)** |

## NOTICE OF SALE HEARING

**PLEASE TAKE NOTICE** that, pursuant to the *Order (I) Designating The Stalking Horse Bidder; (II) Approving Revised Bidding Procedures In Connection With The Sale Of Substantially All Of The Debtors' Assets; (III) Approving Revised Procedures For The Assumption And Assignment Of Executory Contracts And Unexpired Leases; And (IV) Granting Related Relief*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: GVS Texas Holdings I, LLC (7458); GVS Texas Holdings II, LLC (1225); GVS Portfolio I, LLC (6441); GVS Portfolio I B, LLC (7171); GVS Portfolio I C, LLC (3093); WC Mississippi Storage Portfolio I, LLC (0423); GVS Nevada Holdings I, LLC (4849); GVS Ohio Holdings I, LLC (6449); GVS Missouri Holdings I, LLC (5452); GVS New York Holdings I, LLC (5858); GVS Indiana Holdings I, LLC (3929); GVS Tennessee Holdings I, LLC (5909); GVS Ohio Holdings II, LLC (2376); GVS Illinois Holdings I, LLC (9944); and GVS Colorado Holdings I, LLC (0408). The location of the Debtors' service address is: 814 Lavaca Street, Austin, Texas 78701.

[Docket No. 626] (the "Revised Bidding Procedures Order"), a sale hearing on the *Debtors' Motion For Entry Of An Order (I) Authorizing The Sale Of The Assets Of The Debtors Free And Clear Of All Liens, Claims, Encumbrances, And Other Interests; (II) Authorizing The Assumption And Assignment Of Executory Contracts And Unexpired Leases; And (III) Granting Related Relief* [Docket No. 574] (the "Motion")[2] shall be held before the Honorable Michelle V. Larson, United States Bankruptcy Judge, on **March 16, 2022 at 9:30 a.m. (prevailing Central Time)** (the "Sale Hearing"); *provided*, *however*, that if there is no Auction, the Sale Hearing will be held on **February 16, 2022 at 9:30 a.m. (prevailing Central Time)**.

**PLEASE TAKE FURTHER NOTICE** that the Sale Hearing will be conducted in a "hybrid" format. Parties wishing to appear may attend in person **or** via WebEx. For those wishing to attend in person, the Sale Hearing will be held at the Earle Cabell Federal Building, 1100 Commerce St., Dallas, Texas 75242 Courtroom #2. For those wishing to participate remotely, the WebEx video participation/attendance link for the Hearing is: https://us-courts.webex.com/meet/larson.

**PLEASE TAKE FURTHER NOTICE** that a copy of the WebEx Hearing Instructions for the Sale Hearing is attached hereto as **Exhibit 1**; alternatively, the WebEx Hearing Instructions for the Hearing may be obtained from Judge Larson's hearing/calendar site at: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-larson-hearing-date.

---

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Motion or Revised Bidding Procedures Order.

| | |
|---|---|
| Dated: February 2, 2022<br>Dallas, Texas | Respectfully submitted,<br><br>**SIDLEY AUSTIN LLP**<br><br>*/s/ Thomas R. Califano*<br>SIDLEY AUSTIN LLP<br>Thomas R. Califano (10369867)<br>Charles M. Persons (24060413)<br>Maegan Quejada (24105999)<br>Jeri Leigh Miller (24102176)<br>Juliana L. Hoffman (24106103)<br>2021 McKinney Ave<br>Suite 2100<br>Dallas, Texas 75201<br>Telephone: (214) 981-3300<br>Facsimile: (214) 981-3400<br><br>*Counsel for the Debtors and Debtors in Possession* |

**EXHIBIT 1**

**WEBEX DIAL-IN INSTRUCTIONS**

# WebEx Hearing Instructions
## Judge Michelle V. Larson

Pursuant to General Order 2021-06 issued by the Court on June 14, 2021, certain hearings before Judge Michelle V. Larson will be conducted by WebEx videoconference.

**For WebEx Video Participation/Attendance**:

Link:    https://us-courts.webex.com/meet/larson

**For WebEx Telephonic Only Participation/Attendance**:

Dial-In: 1.650.479.3207
Access code: 160 135 6015

**Participation/Attendance Requirements:**

- Counsel and other parties in interest who plan to actively participate in the hearing are encouraged to attend the hearing in the WebEx video mode using the WebEx video link above. Counsel and other parties in interest who will not be seeking to introduce any evidence at the hearing and who wish to attend the hearing in a telephonic only mode may attend the hearing in the WebEx telephonic only mode using the WebEx dial-in and meeting ID above.

- Attendees should join the WebEx hearing at least 10 minutes prior to the hearing start time. Please be advised that a hearing may already be in progress. During hearings, participants are required to keep their lines on mute at all times that they are not addressing the Court or otherwise actively participating in the hearing. **The Court reserves the right to disconnect or place on permanent mute any attendee that causes any disruption to the proceedings**. For general information and tips with respect to WebEx participation and attendance, please see Clerk's Notice 20-04: https://www.txnb.uscourts.gov/sites/txnb/files/hearings/Webex%20Information%20and%20Tips_0.pdf

- **Unless the Court orders otherwise, witnesses are required to attend the hearing in the WebEx video mode and live testimony will only be accepted from witnesses who have the WebEx video function activated**. Telephonic testimony without accompanying video will not be accepted by the Court.

- All WebEx hearing attendees are required to comply with Judge Larson's Telephonic and Videoconference Hearing Policy (included within Judge Larson's Judge-Specific Guidelines): https://www.txnb.uscourts.gov/content/judge-michelle-v-larson-0

**Exhibit Requirements**:

- Any party intending to introduce documentary evidence at the hearing must file an exhibit list in the case prior to the hearing, with a true and correct copy of each designated exhibit filed as a separate, individual attachment thereto so that the Court and all participants have ready access to all designated exhibits.

- If the number of pages of such exhibits exceeds 100, then such party must also deliver two (2) sets of such exhibits in exhibit binders to the Court by no later than twenty-four (24) hours in advance of the hearing.

**Notice of Hearing Content and Filing Requirements:**

IMPORTANT: For all hearings that will be conducted by WebEx only:

- The Notice of Hearing filed in the case and served on parties in interest must: (1) provide notice that the hearing will be conducted by WebEx videoconference only, (2) provide notice of the above WebEx video participation/attendance link, and (3) attach a copy of these WebEx Hearing Instructions or provide notice that they may be obtained from Judge Larson's hearing/calendar site: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-larson-hearing-dates

- When electronically filing the Notice of Hearing via CM/ECF select "at https://us-

courts.webex.com/meet/larson" as the location of the hearing (note: this option appears immediately after the first set of Wichita Falls locations). Do <u>not</u> select Judge Larson's Dallas courtroom as the location for the hearing.