## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| GVS Texas Holdings I, LLC, *et al.*[1] | § | Case No. 21-31121-MVL |
| | § | |
| Debtors. | § | (Jointly Administered) |

### NOTICE OF CONTINUED HEARING ON FORM OF ORDER

**PLEASE TAKE NOTICE** that:

The Court conducted a hearing on *Debtors' Motion for Rule 2004 Examination of Yardi Systems, Inc.* [Docket No. 541] (the "**Motion**") on February 16, 2022, at which hearing the Court granted the Debtors' request to conduct a Rule 2004 examination and instructed the parties to prepare a form of order consistent with the Court's ruling.

Since that time, the parties have been unable to agree on the proposed form of order granting the Motion; accordingly, the Court scheduled a hearing for March 1, 2022 to address the outstanding disputes and resolve the form of order granting the Motion. That hearing has now been rescheduled to **March 9, 2022 at 10:30 am prevailing Central Time**.

The Hearing will be conducted in a "hybrid" format. Parties wishing to appear may attend in person **or** via WebEx. For those wishing to attend in person, the Hearing will be held at the Earle Cabell Federal Building, 1100 Commerce St., Dallas, Texas 75242 Courtroom #2. For those wishing

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, as applicable, are: GVS Texas Holdings I, LLC (7458); GVS Texas Holdings II, LLC (1225); GVS Portfolio I, LLC (6441); GVS Portfolio I B, LLC (7171); GVS Portfolio I C, LLC (3093); WC Mississippi Storage Portfolio I, LLC (0423); GVS Nevada Holdings I, LLC (4849); GVS Ohio Holdings I, LLC (6449); GVS Missouri Holdings I, LLC (5452); GVS New York Holdings I, LLC (5858); GVS Indiana Holdings I, LLC (3929); GVS Tennessee Holdings I, LLC (5909); GVS Ohio Holdings II, LLC (2376); GVS Illinois Holdings I, LLC (9944); and GVS Colorado Holdings I, LLC (0408). The location of the Debtors' service address is: 814 Lavaca Street, Austin, Texas 78701.

to participate remotely, the WebEx video participation/attendance link for the Hearing is: https://us-courts.webex.com/meet/larson.

A copy of the WebEx Hearing Instructions for the Hearing is attached hereto as **Exhibit 1**; alternatively, the WebEx Hearing Instructions for the Hearing may be obtained from Judge Larson's hearing/calendar site at: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-larson-hearing-date.

Dated: March 2, 2022                    Respectfully submitted,

**REED SMITH LLP**

By: */s/ Michael P. Cooley*
Michael P. Cooley (SBN 24034388)
REED SMITH LLP
2850 N. Harwood, Suite 1500
Dallas, Texas 75201
T: 469.680.4200
F: 469.680.4299
mpcooley@reedsmith.com

*Proposed Conflicts Counsel for the Debtors and Debtors in Possession*

## **EXHIBIT 1**

**WEBEX DIAL-IN INSTRUCTIONS**

# WebEx Hearing Instructions
## Judge Michelle V. Larson

Pursuant to General Order 2021-06 issued by the Court on June 14, 2021, certain hearings before Judge Michelle V. Larson will be conducted by WebEx videoconference.

**For WebEx Video Participation/Attendance**:

Link:   https://us-courts.webex.com/meet/larson

**For WebEx Telephonic Only Participation/Attendance**:

Dial-In: 1.650.479.3207
Access code: 160 135 6015

**Participation/Attendance Requirements:**

- Counsel and other parties in interest who plan to actively participate in the hearing are encouraged to attend the hearing in the WebEx video mode using the WebEx video link above. Counsel and other parties in interest who will not be seeking to introduce any evidence at the hearing and who wish to attend the hearing in a telephonic only mode may attend the hearing in the WebEx telephonic only mode using the WebEx dial-in and meeting ID above.

- Attendees should join the WebEx hearing at least 10 minutes prior to the hearing start time.  Please be advised that a hearing may already be in progress. During hearings, participants are required to keep their lines on mute at all times that they are not addressing the Court or otherwise actively participating in the hearing. **The Court reserves the right to disconnect or place on permanent mute any attendee that causes any disruption to the proceedings**.  For general information and tips with respect to WebEx participation and attendance, please see Clerk's Notice 20-04: https://www.txnb.uscourts.gov/sites/txnb/files/hearings/Webex%20Information%20and%20Tips_0.pdf

- **Unless the Court orders otherwise, witnesses are required to attend the hearing in the WebEx video mode and live testimony will only be accepted from witnesses who have the WebEx video function activated**. Telephonic testimony without accompanying video will not be accepted by the Court.

- All WebEx hearing attendees are required to comply with Judge Larson's Telephonic and Videoconference Hearing Policy (included within Judge Larson's Judge-Specific Guidelines): https://www.txnb.uscourts.gov/content/judge-michelle-v-larson-0

**Exhibit Requirements**:

- Any party intending to introduce documentary evidence at the hearing must file an exhibit list in the case prior to the hearing, with a true and correct copy of each designated exhibit filed as a separate, individual attachment thereto so that the Court and all participants have ready access to all designated exhibits.

- If the number of pages of such exhibits exceeds 100, then such party must also deliver two (2) sets of such exhibits in exhibit binders to the Court by no later than twenty-four (24) hours in advance of the hearing.

**Notice of Hearing Content and Filing Requirements:**

IMPORTANT: For all hearings that will be conducted by WebEx only:

- The Notice of Hearing filed in the case and served on parties in interest must: (1) provide notice that the hearing will be conducted by WebEx videoconference only, (2) provide notice of the above WebEx video participation/attendance link, and (3) attach a copy of these WebEx Hearing Instructions or provide notice that they may be obtained from Judge Larson's hearing/calendar site: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-larson-hearing-dates 

- When electronically filing the Notice of Hearing via CM/ECF select "at https://us-

courts.webex.com/meet/larson" as the location of the hearing (note: this option appears immediately after the first set of Wichita Falls locations). Do not select Judge Larson's Dallas courtroom as the location for the hearing.