1 | P a g e

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| GVS TEXAS HOLDINGS I, LLC, *et al.* 1 | § | Case No. 21-31121-MVL |
| | § | |
| Debtors | § | (**Jointly Administered**) |
| | § | |

**ORDER GRANTING SETH KRETZER'S, AS RECEIVER FOR GREAT VALUE STORAGE, LLC AND WORLD CLASS CAPITAL GROUP LLC, MOTION FOR SETTING AND REQUEST FOR EXPEDITED HEARING <u>ON MOTION FOR LEAVE TO FILE UNTIMELY CLAIM</u>**

On this day come on for consideration SETH KRETZER'S, AS RECEIVER FOR GREAT VALUE STORAGE, LLC AND WORLD CLASS CAPITAL GROUP LLC, Motion for Setting and Request for Expedited Hearing on Motion for Leave to File Untimely Claim ("Motion to Expedite Hearing") requesting that an expedited hearing be set on the Receiver's Motion for Leave

---

1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: GVS Texas Holdings I, LLC (7458); GVS Texas Holdings II, LLC (1225); GVS Portfolio I, LLC (6441); GVS Portfolio I B, LLC (7171); GVS Portfolio I C, LLC (3093); WC Mississippi Storage Portfolio I, LLC (0423); GVS Nevada Holdings I, LLC (4849); GVS Ohio Holdings I, LLC (6449); GVS Missouri Holdings I, LLC (5452); GVS New York Holdings I, LLC (5858); GVS Indiana Holdings I, LLC (3929); GVS Tennessee Holdings I, LLC (5909); GVS Ohio Holdings II, LLC (2376); GVS Illinois Holdings I, LLC (9944); and GVS Colorado Holdings I, LLC (0408). The location of the Debtors' service address is: 814 Lavaca Street, Austin, Texas 78701.

2 | Page

to File Untimely Claim ("Motion for Leave") [Doc. 749].  The Court finds that good and sufficient cause exists to grant the relief requested in the Motion to Expedite Hearing.

**IT IS HEREBY ORDERED THAT**:

1. The Motion to Expedite is hereby **GRANTED**.

2. A hearing on the Motion for Leave will be held on March 16, 2022, at 9:30 a.m.

3. Counsel for Movant shall serve a Notice of Expedited Hearing on the Motion for Leave on interested parties.

###END OF ORDER###

Prepared and submitted by,

**CULHANE MEADOWS PLLC**

/s/ Lynnette R. Warman
Lynnette R. Warman
State Bar No. 20867940
13101 Preston Rd., Suite 110-1593
Dallas, Texas 75240
Telephone: (214) 693-6525
Email: LWarman@CM.law

**COUNSEL FOR SETH KRETZER, RECEIVER
FOR GREAT VALUE STORAGE LLC AND
WORLD CLASS CAPITAL GROUP LLC**