SIDLEY AUSTIN LLP
Thomas R. Califano (10369867)
Charles M. Persons (24060413)
Jeri Leigh Miller (24102176)
Maegan Quejada (24105999)
Juliana L. Hoffman (24106103)
2021 McKinney Ave
Suite 2000
Dallas, Texas 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400

*Counsel for the Debtors and
Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>GVS TEXAS HOLDINGS I, LLC, *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 21-31121-MVL<br><br>**(Jointly Administered)** |

**NOTICE OF SALE CLOSING AND OCCURRENCE OF
EFFECTIVE DATE OF THE FOURTH AMENDED PLAN OF
REORGANIZATION OF GVS TEXAS HOLDINGS I, LLC
<u>AND ITS DEBTOR AFFILIATES</u>**

**PLEASE TAKE NOTICE** that (i) the sale of substantially all of the assets of the debtors and debtors in possession in the above-caption cases (the "<u>Sale</u>") was approved on March 16, 2022, and (ii) the *Fourth Amended Plan of Reorganization of GVS Texas Holdings I, LLC and its Debtor Affiliates* [Docket No. 618] (the "<u>Plan</u>")[2] was confirmed pursuant to the *Order Confirming*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: GVS Texas Holdings I, LLC (7458); GVS Texas Holdings II, LLC (1225); GVS Portfolio I, LLC (6441); GVS Portfolio I B, LLC (7171); GVS Portfolio I C, LLC (3093); WC Mississippi Storage Portfolio I, LLC (0423); GVS Nevada Holdings I, LLC (4849); GVS Ohio Holdings I, LLC (6449); GVS Missouri Holdings I, LLC (5452); GVS New York Holdings I, LLC (5858); GVS Indiana Holdings I, LLC (3929); GVS Tennessee Holdings I, LLC (5909); GVS Ohio Holdings II, LLC (2376); GVS Illinois Holdings I, LLC (9944); and GVS Colorado Holdings I, LLC (0408). The location of the Debtors' service address is: 814 Lavaca Street, Austin, Texas 78701.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Plan.

*Debtors' Fourth Amended Plan of Reorganization of GVS Texas Holdings I, LLC and its Debtor Affiliates* [Docket No. 873] (the "<u>Confirmation Order</u>").

**PLEASE TAKE FURTHER NOTICE** that the Sale Closing and Effective Date of the Plan occurred on March 22, 2022.

**PLEASE TAKE FURTHER NOTICE** that in accordance with the Confirmation Order and Section II.A of the Plan, all Professionals or other entities requesting compensation or reimbursement of expenses pursuant to sections 327, 328, 330, 331, 503(b) and/or section 1103 of the Bankruptcy Code for services rendered before the Effective Date (including, without limitation, any compensation requested by any Professional or any other entity for making a substantial contribution in the Chapter 11 Case) shall file and serve final requests for payment of Professional Claims **no later than May 6, 2022**. Such final requests for payment of Professional Claims must be served on the Reorganized Debtor, such other notice parties designated in the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals* [Docket No. 161], and any other Entity designated by the Bankruptcy Rules. Objections to any Professional Fee Claim must be filed and served on the Reorganized Debtor and the applicable Professional **within twenty-one (21) days after the filing of the final fee application with respect to the Professional Claim**. Any such objections that are not consensually resolved may be set for hearing on fourteen (14) days' notice by the Professional asserting such Professional Claim.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Confirmation Order and Section V.B of the Plan, any Proof of Claim for damages arising out of the rejection of any executory contract or unexpired lease must be filed with the Reorganized Debtors' notice and claims agent, Omni Agent Solutions **within the later of (i) thirty (30) days after the date of entry of an order of the Court (including the Confirmation Order) approving such rejection; (ii) thirty (30) days after the effective date of such rejection; or (iii) April 21, 2022**; subject to extensions by further Court order. Proofs of Claim may be mailed to the following address: GVS Texas Holdings I, LLC, et al. Claims Processing, c/o Omni Agent Solutions, 5955 De Soto Ave., Suite 100, Woodland Hills, CA 91367. Proofs of claim may also be submitted online through the case website at: http://www.omniagentsolutions.com/GVS and click on "Claim" then "Submit a Claim". **Proofs of Claim sent by electronic means, including facsimile or e-mail transmission, will NOT be accepted, with the exception of Proofs of Claim submitted through the case website. Any Claim arising from the rejection or repudiation of an Executory Contract or Unexpired Lease for which a Proof of Claim is not timely Filed shall not be Allowed, shall be forever barred from assertion, and shall not be enforceable against the Debtors, the Reorganized Debtors, the Estates, or property of the foregoing parties, without the need for any objection by the Debtors or further notice to, or action, order, or approval of the Bankruptcy Court or any other Entity.**

**PLEASE TAKE FURTHER NOTICE** that, as of the Effective Date and subject to the terms of the Confirmation Order, all provisions of the Plan, including all agreements, instruments and other documents filed in connection with the Plan and executed by the Debtors or the Reorganized Debtors in connection with the Plan, are binding on the Debtors, the Reorganized

Debtors, all Holders of Claims against and Interests in the Debtors and such Holder's respective successors and assigns, and all other parties that are affected in any manner by the Plan.

| | |
|---|---|
| Dated: March 22, 2022<br>Dallas, Texas | Respectfully submitted,<br><br>**SIDLEY AUSTIN LLP**<br>/s/ *Thomas R. Califano*<br>Thomas R. Califano (10369867)<br>Charles M. Persons (24060413)<br>Jeri Leigh Miller (24102176)<br>Maegan Quejada (24105999)<br>Juliana L. Hoffman (24106103)<br>2021 McKinney Avenue<br>Suite 2000<br>Dallas, Texas 75201<br>Telephone: (214) 981-3300<br>Facsimile: (214) 981-3400<br><br>*Counsel for the Debtors and Debtors in Possession* |